United States District Court
Southern District of Texas
**ENTERED**
March 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Leon Miller, <br><br> *Plaintiff,* <br><br> v. <br><br> Kilolo Kijakazi, <br> Acting Commissioner of Social Security, <br><br> *Defendant.* | Case No. 4:22-cv-03905 |

## FINAL JUDGMENT

In accordance with the Memorandum and Order entered on March 12, 2024 (Dkt. 22) and pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is hereby **ORDERED** and **ADJUDGED** that the Social Security Administration's determination is **REVERSED**.

It is further **ORDERED** that this case is **REMANDED** to the Commissioner for an immediate award of benefits.

This is a final, appealable judgment.

Signed on March 12, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge